608 A.2d 491

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**William Clair PETH, Appellee.**

Supreme Court of Pennsylvania.

Submitted March 11, 1992.

Decided May 26, 1992.

James P. Epstein, Dist. Atty., Lorinda L. Hinch, Supervisory Asst. Dist. Atty., Mercer, for appellant.

Stuart B. Suss, Deputy Dist. Atty., West Chester, for amicus curiae, Pennsylvania Dist. Attorney's Ass'n.

Raymond Bogaty, Public Defender, Christopher St. John, Asst. Public Defender, Mercer, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

The appeal is dismissed as improvidently granted, and the order of June 16, 1989, is hereby reinstated, to wit: "And

now this 16th day of June, 1989, the Application for Reconsideration is granted. The Petition for Allowance of Appeal is granted. The Order of the Court of Common Pleas of Mercer County dated September 9, 1987, at No. 316 Criminal 1987, is hereby reversed as to that portion of the order which suppressed defendant's response to the question of whether he had been drinking made at the scene of the crime and his responses to the A–B–C field sobriety test at the scene of the crime and further as to his response to the inquiries on the DUI Alcohol Influence Form. Case is remanded to the Court of Common Pleas for further proceedings."